UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAREY LEE SMITH,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>JOSIE GASTELO, Warden,<br><br>　　　　　　　Respondent. | Case No. EDCV 19-338-MWF (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the original Report and Recommendation of the United States Magistrate Judge to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

In his objections to the original Report and Recommendation of the United States Magistrate Judge, Petitioner also requests an evidentiary hearing. However, in habeas proceedings, "an evidentiary hearing is not required on issues that can be resolved by reference to the state court record." Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998); see also Earp v. Ornoski, 431 F.3d 1158, 1173 (9th Cir. 2005). "It is axiomatic that when issues can be resolved with reference to the state court

record, an evidentiary hearing becomes nothing more than a futile exercise." <u>Totten</u>, 137 F.3d at 1176. Here, the Magistrate Judge concluded all of Petitioner's claims could be resolved by reference to the state court record. Accordingly, the Court denies Petitioner's request for an evidentiary hearing.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: March 16, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge